1

2

3

4

5

6

7          **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA**

9

10   MARCIAL TORRES-BAHENA,                    Case No. SACV 18-389-SJO (LAL)

11                              Petitioner,    **ORDER ACCEPTING REPORT AND**
                                               **RECOMMENDATION OF UNITED**
12                   v.                        **STATES MAGISTRATE JUDGE**

13   WARDEN,

14                              Respondent.

15

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

18   Report and Recommendation, and the remaining record, and has made a *de novo* determination.

19          Accordingly, IT IS ORDERED THAT:

20          1.    The Report and Recommendation is approved and accepted;

21          2.    Judgment be entered denying the Petition and dismissing this action with

22                prejudice; and

23          3.    The Clerk serve copies of this Order on the parties.

24

25

26   DATED: September 3, 2019          _____
                                       HONORABLE S. JAMES OTERO
27                                     UNITED STATES DISTRICT JUDGE

28