1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| 10 MARCIAL TORRES-BAHENA, | Case No. SACV 18-389-SJO (LAL) |
| 11 Petitioner, | **JUDGMENT** |
| 12 v. | |
| 13 WARDEN, | |
| 14 Respondent. | |

15
16
17    Pursuant to the Order Accepting Report and Recommendation of United States

18 Magistrate Judge,

19     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

20
21
22 DATED: September 3, 2019    _____
HONORABLE S. JAMES OTERO
23                               UNITED STATES DISTRICT JUDGE
24
25
26
27
28